**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1862**

———————

PRAMCO II, LLC,

Plaintiff - Appellee,

versus

DAVID ADOFO KISSI; EDITH TRUVILLION KISSI,

Defendants - Appellants,

and

BANK OF AMERICA,

Defendant.

———————

**No. 03-1863**

———————

PRAMCO II, LLC,

Plaintiff - Appellee,

versus

DAVID KISSI; EDITH TRUVILLION KISSI,

Defendants - Appellants.

No. 03-1864

PRAMCO II, LLC,

                                        Plaintiff - Appellee,

        versus

DAVID KISSI; EDITH TRUVILLION KISSI,

                                        Defendants - Appellants.

Appeals from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-02-42-PJM; CA-02-43-PJM; CA-02-44-PJM)

Submitted:  September 29, 2004       Decided:  October 20, 2004

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

C. William Michaels, Baltimore, Maryland, for Appellants.  Emil Hirsch, O'CONNOR & HANNAN, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Kissi and Edith Truvillion Kissi appeal from the district court's orders granting summary judgment in favor of Pramco II, LLC, ("Pramco") on Pramco's actions seeking enforcement of three loan guarantees executed by the Kissis. We have reviewed the record, including the district court's opinions, and the parties' briefs, and found no reversible error. Accordingly, we affirm.

We grant Pramco's motion to submit these appeals on the briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED